UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINALD PUIFORY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-1007 (RCL) |
| EDWARD F. REILLY, JR., et al., | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

The Defendants[1] respectfully request that the Clerk of the Court enter the appearance of Judith A. Kidwell, Assistant United States Attorney, as counsel of record for the Defendants in the above-captioned case.

Respectfully submitted,

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250

---

[1] According to the complaint, the Defendants are: (1) Edward F. Reilly, Jr.; (2) Patricia K. Cushwa; (3) Isaac Fulwood, Jr.; (4) Cranston J. Mitchell; and (5) Deborah A. Spagnoli. They have been named in their official capacities as Chairman and Commissioners of the United States Parole Commission.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of July, 2007, I caused the foregoing Notice of Appearance to be served by first class mail, postage prepaid, on:

Reginald Puifory, Plaintiff *pro se*
#10597-007
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney