UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| REGINALD PUIFORY<br>Fed. Reg. No: 10597-007<br>USP Lewisburg<br>P.O. Box 1000<br>Lewisburg, PA 17837<br><br>　　　　　　　Plaintiff<br>　v.<br><br>EDWARD R. REILLY, JR., et al.<br>Chairman of the U.S. Parole Commission<br>United States Parole Commission<br>5550 Friendship Boulevard, Suite 420<br>Chevy Chase, MD 20815-7286<br><br>　　　　　　　Defendant. | Civil Action No.: 07-1007 (RCL) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

　　The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo and remove the appearance of Assistant United States Attorney Judith Kidwell as counsel for Defendant in the above-captioned case.

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　KENNETH ADEBONOJO
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　555 4th St., N.W.
　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　(202) 514-7157
　　　　　　　　　　　　　　　　　kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August, 2007, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Reginald Puifory**, by postage pre-paid mail addressed as follows:

**REGINALD PUIFORY**
Fed. Reg. No. 10597-007
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov