August 20, 2007

Clerk's Office
U.S. District Court for the
District of Columbia
c/o Mrs. Nancy Mayer-Whittington
333 Constitution Ave, N.W., Rm 1225
Washington, D.C. 20001

Re:   Current Status on Case:   1:07-cv-01007-RCL.

Dear Mrs. Mayer-Whittington,

I am writing you in regards to case status.  As of this day, I have not received a certified copy stating my case is [FILED/RECEIVED]. I did forward an extra copy for that purpose.  During the month of June I received a communique package from the Chief Judge Thomas F. Hogan.  The additional paperwork was filled out and returned to the Clerk's Office.  Also, instructing the clerk in letter dated [June 27, 2007] that my case merit the same issues as case 1:06-cv-01650-ESH. Nor have my case been consolidated thereof.  I am in distress and rely on your assistant to inform me the docket of my hearing and status regarding my case being consolidated with case: 1:06-cv-01650-ESH.

Thank you for your prompt response and concern on this matter.

ATTACHMENT:
  1. Letter dated June 27, 2007,
     related Case.

*Reginald Puifory*
Reginald Puifory
Fed. No. 10597-007
USP-Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

**RECEIVED**
AUG 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

June 27, 2007

Reginald S. Puifory
Fed. Reg. No. 10597-007
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

Clerk's Office
U.S. District Court for the
District of Columbia
c/o Nancy Mayer-Whittington
333 Constitution Ave, N.W., Room 1225
Washington, D.C. 20001

Dear Clerk's Officer,

Enclosed with this letter are: 1. completed Civil Rights Act, 42 U.S.C. §1983 form, 2. my attached complaint, 3. a copy of my receipt for payment of the sum of $350.00 filing fee, and 4. a copy of instructions I received from the Chambers of Chief Judge Thomas F. Hogan.

As I have already complied with the instruction in the communique from Chief Judge Hogan's Chambers, I am confused as to why I need to submit: "Forma Pauperis", or request "leave" to proceed with my complaint.

It should be noted that my complaint is related to: **1:06-cv-01650-ESH**.

Sincerely,

*Reginald S. Puifory*
Reginald S. Puifory