UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINALD PUIFORY,<br><br>   Plaintiff,<br><br>v.<br><br>EDWARD F. REILLY, Jr., Chairman, U.S.<br>Parole Commission, et al.<br><br>   Defendants. | Civil Action No.: 07-cv-1007 (RCL) |

## DEFENDANT'S MOTION FOR AN ENLARGEMENT PURSUANT TO FED. R. CIV. P. 6(b)(2) TO FILE A DISPOSITIVE MOTION IN LIEU OF ANSWER

Pursuant Fed. R. Civ. P. 6(b)(2), Edward F. Reilly, Jr., Chairman, United States Parole Commission ("Defendant") through counsel, respectfully requests an enlargement of time until September 17, 2007, to file dispositive motion in lieu of answer. Plaintiff filed this complaint on June 5, 2007 and perfected service on June 28, 2007. Accordingly, an answer or other response was due yesterday. Defendant's motion should be granted because Defendant failed to file an answer or other response due to excusable neglect. In support of this motion, Defendants state the following:

1.  The complaint was filed on June 5, 2007 and service was perfected on June 28, 2007. Initially, the case was assigned to Assistant United States Attorney Judith Kidwell. However, the matter was recently reassigned to the undersigned along with several other matters challenging Defendant's parole regulations.[1]

---

[1] In addition to the within matter, there are four others: Phillips, 07-742; Sellmon, 06-1650; and Swinton, 07-1120, assigned to Ellen S. Huvelle, U.S.D.J. Also, there is Reid, 07-725, before Paul L. Friedman, U.S.D.J.

2. As in the other matters, Plaintiff contends that Defendant's regulations violate the Ex Post Facto clause of the United States constitution because the regulations have the effect of lengthening their sentences.

3. While there is on going discovery in the matters consolidated before Judge Huvelle, Defendant takes the position in this matter that Plaintiff's complaint raises only legal issues that can be adequately addressed in dispositive motions. Accordingly, Defendant seeks additional time to file a dispositive motion.

4. Moreover, Defendant's ability to prepare a dispositive motion was hampered by the fact that Agency counsel was not in the office during the previous week due to sickness.

5. The definition of excusable neglect "should depend in part upon the importance of the matter involved and the prejudice, if any, to the other party." Ham v. Smith, 653 F.2d. 658, (D.C. Cir. 1981).

6. This case presents constitutional claims that are undoubtedly significant. In addition, Plaintiff is not prejudiced by a slight delay. Accordingly, Defendant respectfully requests that the court exercise its discretion to extend time to file a dispositive motion.

7. Since he is incarcerated, it is impracticable for the undersigned to confer with Plaintiff about the within Motion.[2]

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

Dated: August 27, 2007

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/ Kenneth Adebonojo
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7157

COUNSEL FOR DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINALD PUIFORY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 07-cv-1007 (RCL) |
| ) | |
| EDWARD F. REILLY, Jr., Chairman, U.S. ) | |
| Parole Commission, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER

This matter having come before this Court on Defendants' Motion for an Enlargement of Time to file a dispositive motion, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**. It is further

**ORDERED** that Defendants shall file their dispositive motion on or before September 17, 2007.

**SO ORDERED** this \_\_\_\_ day of _____, 200\_\_.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendant's Motion for an Enlargement of Time to file a dispositive motion in respond to Plaintiff's complaint was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Reginald S. Puifory
R 10597-007
Lewisburg
U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 1000
Lewisburg, PA 17837

on this 28th day of August, 2007

_____
KENNETH ADEBONOJO