UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REGINALD S. PUIFORY, )
)
Plaintiff, )
)
) Civil Action No. 1:07-cv-01007-RCL
)
EDWARD F. REILLY, JR., et al., )
)
Defendants. )
)

**RECEIVED**

SEP 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S MOTION TO CONSOLIDATE CIVIL RIGHTS COMPLAINT

Come now the plaintiff, Reginald S. Puifory, by and through this pro se motion and pursuant to Federal Rule of Civil Procedures 42(a) respectfully request leave of this honorable Court to consolidate this pending Civil Rights Action in <u>Reginald S. Puifory vs. Edward F. Reilly, Jr., et al.,</u> 1:07-cv-01007-RCL in conjunction with <u>Sellmon vs. Edward F. Reilly, Jr., et al.,</u> 1:06-cv-01650-ESH.

In support of this motion Mr. Puifory states:

1. Plaintiff Reginald S. Puifory, filed the current pending Civil rights Act on date of 06/05/2007. There has been no substantive pleadings in this case commenced to dated;

2. The case Titled 1:06-cv-01650-ESH was filed on 09/25/2006. This case has not proceeded to trail and remains in the primary pleading stage;

3. Because these two cases are [related] and involve the same questions pertaining to the application of the U.S. Parole Commission Procedures as applied to District of Columbia violators, allowing the cases to be consolidated will make the best use of the parties' resources and conserve the judicial resources of this Court.

Wherefore, for all of the foregoing reasons, Plaintiff Reginald S. Puifory, respectfully request that this Court grant this Motion to Consolidate the two pending cases before this Court.

## CERTIFICATE OF SERVICE

I, Reginald S. Puifory, hereby declare under penalty of prejury and in compliance with Title 28 U.S.C. §1746, that I have served a true and correct copy of the foregoing plaintiff's Motion to Consolidate upon the following:

>Kenneth Adebonojo
>U.S. Attorney's Office
>555 Fourth Street, N.W., RM 4818
>Washington, D.C. 20530

served by first class U.S. mail, postage prepaid on this ___30th___ day of ___August___, 2007.

>*(signature)*
>Reganld S. Puifory, pro se
>Fed. No. 10597-007
>USP Lewisburg
>P.O. Box 1000
>Lewisburg, PA 17837