UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REGINALD S. PUIFORY, )
 )
       Plaintiff, )
 )
v. ) Civil Action No. 07-cv-1007-RCL
 )
EDWARD F. REILLY, JR., et al., )
 )
       Defendants. )

**PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S
COMPLAINT OR, IN THE ALTERNATIVE, FOR SUMMARY JUGDMENT**

Come now Plaintiff Reginald S. Puifory, through this pro se motion and pursuant Fed. R. Civ. P. 6(b), respectfully request an enlargement of time until October 26, 2007, to file a responsive plea to Defendants' Motion to Dismiss Plaintiff's Complaint or, In the Alternative for Summary Judgment.

In Support of this Motion in Plaintiff good faith, demonstrates the following good cause as shown below:

1. Plaintiff did not recieve Judge's Order of 9/19/2007, until 9/25/2007, making it nearly impossible to respond within the 14 days allotted by the Court;

2. Plaintiff is a pro se litigant acting without legal counsel;

3. Defendants Motion to Dismiss or Summary Judgment violated the tentes of Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), in that it was a bad faith intent to undermine both local Civil Rule 7(b), and other ethical considerations.

**RECEIVED**

OCT 2 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dated:  September 26, 2007

                                                Respectfully Submitted,

                                                */s/ Reginald S. Puifory*
                                                REGINALD S. PUIFORY, pro se
                                                Fed. No. 10597-007
                                                USP Lewisburg
                                                P.O. Box 1000
                                                Lewisburg, PA 17837

## CERTIFICATE OF SERVICE

I HEREBY CERIFTY that on this 26th day of September, 2007, I caused service of the foregoing PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME to be made on the Defendants via first class mail:

    **KENNETH ADEBONOJO**
    Assistant United States Attorney
    555 Fourth Street, N.W., Room 4210
    Washington, D.C. 20530

    Respectfully submitted,

    */s/ Reginald S. Puifory*
    REGINALD S. PUIFORY, pro se
    FED. NO. 10597-007
    USP Lewisburg
    P.O. Box 1000
    Lewisburg, PA 17837

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REGINALD S. PUIFORY,            )
                                )
          Plaintiff,            )
                                )
     v.                         )   Civil Action No. 07-cv-1007-RCL
                                )
                                )
EDWARD F. REILLY, JR., et al.   )
                                )
          Defendants.           )
                                )

**ORDER**

This matter having come before this Court on Plaintiff's Motion for an Enlargement of Time to file a response to Defendant's Motion to Dismiss or Summary Judgment Plaintiff's Complaint, it is hereby

**ORDERED** that Plaintiff's motion is **GRANTED**. It is further

**ORDERED** that Plaintiff shall file his responsive motion on or before October 26, 2007.

**SO ORDERED** this _____ day of _____, 200____.

_____
HON. ROYCE C. LAMBERTH, U.S.D.J.