```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

REGINALD S. PUIFORY, )
  )
       Paintiff, )
  )
v. ) Civil Action No. 07-cv-1007-RCL
  )
EDWARD F. REILLY, JR., et al. )
  )
       Defendants. )

### PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

Now comes the Plaintiff, Reginald S. Puifory, pro se, and requests this Court to exercise its discretion and appoint counsel for plaintiff in the matter before this Court.

    Respectfully,

    *Reginald S. Puifory*
    Reginald S. Puifory, pro se
    Fed. No. 10597-007
    USP Lewsiburg
    P.O. Box 1000
    Lewisburg, PA 17837

**RECEIVED**

OCT 3 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REGINALD S. PUIFORY,

      Plaintiff,

                                Civil Action No. 07-cv-1007-RCL

EDWARD F. REILLY, JR., et al.

      Defendants.

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S
## MOTION FOR APPOINTMENT OF COUNSEL

    The Plaintiff, Reginald S. Puifory, pro se, respectfully submits this memorandum in support of his request that this Honorable Court issue an Order appointing counsel for Plaintiff's petition before the Court.

    In proceeding before this Court the government received a copy of "Plaintiff's Motion to Consolidate case" and was under a legal obligation to inform this Court of the fact that Plaintiff's petition mirrored the issues of a least four (4) other petitions, currently in front of Honorable Judge Ellen Huvelle. As Plaintiff did give proper notice that this petition was related to other cases pending before the Honorable Judge Ellen Huvelle (See attached Exhibit #1, 1 of 2 and 2 of 2).

    Plaintiff is a pro se litigant and is not qualified, have the resource, or the knowledge of law to adequately argue that which he has raised.

    The U.S. Attorney's Office has attempted to undermine both ethical consideration and Local Court Rules in an attempt to undermine Plaintiff's rights to redress, by ignoring Local Rule 7(b) and

and case law, seeking a dispositive order against Plaintiff, which would have been res judicata.

This unethical attempt was made because of Plaintiff's lay-status, and Plaintiff's abilitiy to adequately defend the issues set forth in this Court (See Exhibit #2, 1:07-cv-01007-RCL, Doc. 9, Filed 09/19/07).

It is respectfully submitted that the issues presented before this Court would be adequately represented, and in the interest of justice. Plaintiff is indigent as is attested by his account balance, and Plainiff owns no other funds (See Exhibit #3, Account Balance).

Respectfully,

*Reginald S. Puifory*
Reginald S. Puifory, pro se
Fed. No. 10597-007
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

CERTIFICATE OF SERVICE

I HEREBY CERTIFTY that on this 28th day of September, 2007, I caused service of the foregoing Plaintiff' Motion for Appointment of Counsel to be made on the Defendants via first class mail:

> KENNETH ADEBONOJO
> Assistant U.S. Attorney
> 555 Fourth Street, N.W., Room 4210
> Washington, D.C. 20530

> Respectfully submitted,
>
> _Reginald S. Puifory_
> Reginald S. Puifory, pro se
> Fed. No. 10597-007
> USP Lewisburg
> P.O. Box 1000
> Washington, D.C. 17837


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REGINALD S. PUIFORY,  )
              )
  Plaintiff,  )
              )
  v.          )  Civil Action No. 07-1007 (RCL)
              )
EDWARD F. REILLY, Jr. et al.,  )
              )
  Defendants.  )
              )

_____ORDER

Defendants have filed a motion to dismiss or for summary judgment. Plaintiff is representing himself.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the [case]." *Id.* at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b).

In *Neal v. Kelly*, 963 F.2d 453 (D.C. Cir. 1992), the Court of Appeals stated that the district court must inform *pro se* litigants that, on a motion for summary judgment, "any factual assertions in the movant's affidavits will be accepted as being true unless [the opposing

Exhibit #2

Case 1:07-cv-01007-RCL   Document 11   Filed 10/03/2007   Page 6 of 10

Case 1:07-cv-01007-RCL   Document 9   Filed 09/19/2007   Page 2 of 2

party] submits his own affidavits or other documentary evidence contradicting the assertion." *Id.* at 456 (quoting *Lewis v. Faulkner*, 689 F.2d 100, 102 (7th Cir. 1982). Under Rule 56(e) of the Federal Rules of Civil Procedure,

> Supporting and opposing affidavits shall be made on personal knowledge, shall set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify as to the matters stated therein. Sworn or certified copies of all papers or parts thereof referred to in an affidavit shall be attached thereto or served therewith. The court may permit affidavits to be supplemented or opposed by depositions, answers to interrogatories, or further affidavits. When a motion for summary judgment is made and supported as provided in this rule, an adverse party may not rest upon the mere allegations or denials in the adverse party's response, but the adverse party's response by affidavits or as otherwise provided in this rule, must set forth specific facts showing that there is a genuine issue for trial. If the adverse party does not so respond, summary judgment, if appropriate, shall be entered against the adverse party.

Fed. R. Civ. P. 56(e). Thus, a party, such as the plaintiff, who is adverse to a motion for summary judgment must rebut the moving party's affidavits with other affidavits or sworn statements; simple allegations that the moving party's affidavits are inaccurate or incorrect are not sufficient. For these purposes, a verified complaint shall serve as an affidavit. *See Neal*, 963 F.2d at 457-58.

In accordance, this Court wishes to advise plaintiff that he must respond to defendants' previously filed motion **within fourteen (14) days of the filing date of this Order.** If plaintiff does not respond, the Court will treat the motion as conceded and may dismiss the case.

SO ORDERED.

_____s/_____
Royce C. Lamberth
United States District Judge

Date: September 19, 2007

Exhibit #2

2

August 20, 2007

Clerk's Office
U.S. District Court for the
District of Columbia
c/o Mrs. Nancy Mayer-Whittington
333 Constitution Ave, N.W., Rm 1225
Washington, D.C. 20001

Re:   Current Status on Case:   1:07-cv-01007-RCL.

Dear Mrs. Mayer-Whittington,

I am writing you in regards to case status.  As of this day, I have not received a certified copy stating my case is [FILED/RECEIVED]. I did forward an extra copy for that purpose.  During the month of June I received a communique package from the Chief Judge Thomas F. Hogan.  The additional paperwork was filled out and returned to the Clerk's Office.  Also, instructing the clerk in letter dated [June 27, 2007] that my case merit the same issues as case 1:06-cv-01650-ESH. Nor have my case been consolidated thereof.  I am in distress and rely on your assistant to inform me the docket of my hearing and status regarding my case being consolidated with case: 1:06-cv-01650-ESH.

Thank you for your prompt response and concern on this matter.

ATTACHMENT:
1. Letter dated June 27, 2007, related Case.

Reginald Puifory
Fed. No. 10597-007
USP-Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

**RECEIVED**

AUG 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibits #1
1 of 2

June 27, 2007

Reginald S. Puifory
Fed. Reg. No. 10597-007
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

Clerk's Office
U.S. District Court for the
District of Columbia
c/o Nancy Mayer-Whittington
333 Constitution Ave, N.W., Room 1225
Washington, D.C. 20001

Dear Clerk's Officer,

Enclosed with this letter are: 1. completed Civil Rights Act, 42 U.S.C. §1983 form, 2. my attached complaint, 3. a copy of my receipt for payment of the sum of $350.00 filing fee, and 4. a copy of instructions I received from the Chambers of Chief Judge Thomas F. Hogan.

As I have already complied with the instruction in the communique from Chief Judge Hogan's Chambers, I am confused as to why I need to submit: "Forma Pauperis", or request "leave" to proceed with my complaint.

It should be noted that my complaint is related to: **1:06-cv-01650-ESH.**

Sincerely,

*Reginald S. Puifory*
Reginald S. Puifory

Exhibit #1
2 of 2

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 10597007 | Current Institution: | Lewisburg USP |
| Inmate Name: | PUIFORY, REGINALD | Housing Unit: | LEW-E-B |
| Report Date: | 09/27/2007 | Living Quarters: | E02-208U |
| Report Time: | 12:57:50 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 0597 |
| PAC #: | |
| FRP Participation Status: | No Obligation |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 5/30/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 9/26/2007 9:15:13 PM |
| Account Status: | Active |
| Phone Balance: | Unknown |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $60.06 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $60.06 |
| National 6 Months Deposits: | $1,311.32 |
| National 6 Months Withdrawals: | $1,339.50 |
| National 6 Months Avg Daily Balance: | $44.00 |
| Local Max. Balance - Prev. 30 Days: | $100.41 |
| Average Balance - Prev. 30 Days: | $33.17 |

Exhibit #3

http://10.33.92.107/UMR/InmateInquiryCombined.aspx    9/27/2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REGINALD S. PUIFORY,

    Plaintiff,

EDWARD F. REILLY, JR., et al.

    Defendants.

Civil Action No. 07-CV-1007-RCL

### ORDER

This matter having come before this Court on Plaintiff's Motion for Appointment of Counsel, it is hereby

**ORDERED** that Plaintiff's motion is **GRANTED**. It is further

**ORDERED** the Attorney _____
                           Name of Attorney, Bar No.

is appointed to represent plaintiff in the matter before the Court.

**SO ORDERED** this \_\_\_\_\_day of _____, 200\_\_\_.

_____
HON. ROYCE C. LAMBERTH, U.S.D.J.