UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REGINALD PUIFORY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 07-cv-1007 (RCL) |
| ) | |
| **EDWARD F. REILLY, Jr., Chairman,** ) | |
| **U.S. Parole Commission, et al.** ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT PURSUANT TO
FED. R. CIV. P. 6(b)(1) TO FILE A DISPOSITIVE MOTION IN LIEU OF ANSWER**

Pursuant to Fed. R. Civ. P. 6(b)(1), Edward F. Reilly, Jr., Chairman, United States Parole Commission ("Defendant") through counsel, respectfully requests an enlargement of time until November 30, 2007, to file a reply to Plaintiff's opposition to Defendants' Motion to Dismiss. In support of this motion, Defendants state the following:

1. During the undersigned's assignment to emergent duty last week, certain unexpected matters arose that require immediate attention. Defendants' reply brief is due today.

2. In light of these unexpected developments, the undersigned respectfully request additional time to enable the preparation of an appropriate response to Plaintiff's opposition.

3. Since he is incarcerated, it is impracticable for the undersigned to confer with Plaintiff about the within Motion.[1]

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner*

Dated: November 13, 2007

                Respectfully submitted,

                _____/s/_____
                JEFFREY A. TAYLOR, D.C. BAR # 498610
                United States Attorney


                _____/s/_____
                RUDOLPH CONTRERAS, D.C. BAR #  434122
                Assistant United States Attorney

                _____/s/_____
                KENNETH ADEBONOJO
                Assistant United States Attorney
                United States Attorney's Office
                Civil Division
                555 4th Street, N.W. – Room E4212
                Washington, D.C. 20530
                (202) 514-7157


                COUNSEL FOR DEFENDANT

---

pro se party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REGINALD PUIFORY,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**EDWARD F. REILLY, Jr., Chairman,** )<br>**U.S. Parole Commission, et al.** )<br>)<br>Defendants. )<br>) | Civil Action No.: 07-cv-1007 (RCL) |

## **ORDER**

This matter having come before this Court on Defendants' Motion for an Enlargement of Time to file a reply to Plaintiff's opposition to Defendants' Motion to Dismiss, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**.  It is further

**ORDERED** that Defendants shall file their reply brief on or before November 30, 2007


**SO ORDERED** this _____ day of _____, 200___.


_____
United States District Court Judge

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Defendant's Motion for an Enlargement of Time to file a reply to Plaintiff's opposition to Defendant's Motion to Dismiss was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Reginald S. Puifory
R 10597-007
Lewisburg
U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 1000
Lewisburg, PA 17837

on this 13th day of November, 2007

                                                        _____/s/_____
                                                          KENNETH ADEBONOJO