UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINALD PUIFORY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 07-cv-1007 (RCL) |
| ) | |
| EDWARD F. REILLY, Jr., Chairman, ) | |
| U.S. Parole Commission, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT PURSUANT TO
FED. R. CIV. P. 6(b)(1) TO FILE A REPLY BRIEF**

Pursuant to Fed. R. Civ. P. 6(b)(1), Edward F. Reilly, Jr., Chairman, United States Parole Commission, et al. ("Defendants") through counsel, respectfully request an enlargement of time until November 30, 2007, to file a reply to Plaintiff's opposition to Defendants' Motion to Dismiss.  A reply to Plaintiff's opposition was due yesterday and Defendants filed a timely Motion to Enlarge.  However, the undersigned mistakenly captioned the motion as a Motion for an Enlargement of Time to File a Dispositive Motion in Lieu of Answer.  In light of yesterday's timely filing, Defendants respectfully request that the court accept today's correctly captioned motion as timely.  In support of this motion, Defendants state the following:

1.   During the undersigned's assignment to emergent duty last week, certain unexpected matters arose that required immediate attention.

2.   In light of these unexpected developments, the undersigned respectfully requests additional time to enable the preparation of an appropriate response to Plaintiff's opposition.

3.   Since he is incarcerated, it is impracticable for the undersigned to confer with

Plaintiff about the within Motion.[1]

Dated: November 14, 2007

                                                         Respectfully submitted,

                                                         _____/s/_____
                                                         JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                         United States Attorney

                                                         _____/s/_____
                                                         RUDOLPH CONTRERAS, D.C. BAR #  434122
                                                         Assistant United States Attorney

                                                         _____/s/_____
                                                         KENNETH ADEBONOJO
                                                         Assistant United States Attorney
                                                         United States Attorney's Office
                                                         Civil Division
                                                         555 4th Street, N.W. – Room E4212
                                                         Washington, D.C. 20530
                                                         (202) 514-7157

                                                         COUNSEL FOR DEFENDANT

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REGINALD PUIFORY,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**EDWARD F. REILLY, Jr., Chairman,** )<br>**U.S. Parole Commission, et al.** )<br>)<br>Defendants. )<br>) | Civil Action No.: 07-cv-1007 (RCL) |

## ORDER

This matter having come before this Court on Defendants' Motion for an Enlargement of Time to file a reply to Plaintiff's opposition to Defendants' Motion to Dismiss, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**. It is further

**ORDERED** that Defendants shall file their reply brief on or before November 30, 2007

**SO ORDERED** this \_\_\_\_ day of _____, 200\_\_.

_____
United States District Court Judge

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendant's Motion for an Enlargement of Time to file a reply to Plaintiff's opposition to Defendant's Motion to Dismiss was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Reginald S. Puifory
R 10597-007
Lewisburg
U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 1000
Lewisburg, PA 17837

on this 14th day of November, 2007

_____/s/_____
KENNETH ADEBONOJO