**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| REGINALD PUIFORY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 07-cv-1007 (RCL) |
| | ) | |
| EDWARD F. REILLY, Jr., Chairman, | ) | |
| U.S. Parole Commission, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT PURSUANT TO**
**FED. R. CIV. P. 6(b)(1) TO FILE A REPLY BRIEF**

Pursuant to Fed. R. Civ. P. 6(b)(1), Edward F. Reilly, Jr., Chairman, United States Parole

Commission, et al. ("Defendants") through counsel, respectfully request an enlargement of time

until December 4, 2007, to file a reply to Plaintiff's opposition to Defendants' Motion to

Dismiss.  In support of this motion, Defendants state the following:

1.      Defendants' brief is close to completion but the undersigned requests this very

brief extension to confer with Agency Counsel about some of the more technical calculations

involved in parole eligibility decisions.

2.      Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not

apply and the undersigned have not made efforts to contact him regarding this motion.[1]

Dated: November 30, 2007                    Respectfully submitted,

                                            _/s/_____
                                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                                            United States Attorney

---

[1]  Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with
"opposing *counsel*" and nonprisoner pro se parties.

_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney


_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7157


COUNSEL FOR DEFENDANT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| **REGINALD PUIFORY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No.: 07-cv-1007 (RCL)** |
| | ) | |
| **EDWARD F. REILLY, Jr., Chairman,** | ) | |
| **U.S. Parole Commission, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

This matter having come before this Court on Defendants' Motion for an Enlargement of

Time to file a reply to Plaintiff's opposition to Defendants' Motion to Dismiss, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**.  It is further

**ORDERED** that Defendants shall file their reply brief on or before December 4, 2007

**SO ORDERED** this _____ day of _____, 200__.


_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendants' Motion for an Enlargement of Time to file

a reply to Plaintiff's opposition to Defendants' Motion to Dismiss was mailed by depositing a

copy of it in the U.S. Mail, first class postage prepaid, addressed to:


Reginald S. Puifory
R 10597-007
Lewisburg
U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 1000
Lewisburg, PA 17837


on this 30th day of November, 2007


_/s/_____
KENNETH ADEBONOJO