UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REGINALD S. PUIFORY, )
)
       Plaintiff, )
)
v. ) Civil Action No. 07-cv-1007-RCL
)
EDWARD F. REILLY, JR., et al. )
)
       Defendants. )
)

## MOTION TO STAY PROCEEDINGS

Come now the plaintiff, Reginald S. Puifory, pro se, and hereby moves this Honorable Court for Leave to Stay the proceedings comply to Federal Rules of civil Procedure, the Local Rules of this Court, in this action for the following reasons:

1. Currently pending in this Court is a related Civil complaint, Sellmon v. Reilly, Case No. 1:06-cv-01650-ESH, before the Honorable Ellen S. Huevelle. This Court was given notice of the related case by Plaintiff's attorney, Jason Wallach on September 24, 2007 by motion:

   A. The forementioned complaint and plaintiff's action before this Court, address similar or identical ex post facto claims, specifically, whether defendants significatly increased the risk that an offender would serve a longer period of incarceration as a result of defendants use of its own guidelines by:

      1. Adding a period of months to an offenders minimum term of imprisonment (e.g., the period of months an offender

**RECEIVED**

DEC 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

had to serve before becoming eligible for parole) to establish a presumptive period of incarceration an offender must serve to be deemed suitable for parole; however, under the D.C. Parole Board guidelines no such scheme was used, and the minimum term was considered accountability under the D.C. guidelines, practices, policies, and procedures.

2. Under U.S. Parole Commission guidelines the Commission does not credit program achievement, i.e., except to give tacit recognition, because the Commission establishes add-ons arbitrarily, nor does the Commission give numerical reduction for superior and ordinary program achievement (e.g., a minus 2 points for superior, and a minus 1 point for ordinary program achievement, which is deducted from an offender's Base Point Score, thereby minimizing the set-off range in appropriate cases).

It would serve the best interest of all parties to stay these proceedings, especially considering that the related cases are currently concluding the discovery stage. Therefore, granting this stay will permit this Courts' ruling to be consistent with those of pending similar or related actions.

## Conclusion

Wherefore, plaintiff prays that the foregoing Motion To Stay Proceedings is granted.

Dated: December 10, 2007

                                                Respectfully,

                                                */s/ Reginald S. Puifory*
                                                Reginald S. Puifory, pro se
                                                Fed. No. 10597-007
                                                USP Lewisburg
                                                P.O. Box 1000
                                                Lewisburg, PA 17837

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of December 2007, a foregoing Motion To Stay Proceedings was sent on this day to Defendants via first class mail:

        KENNETH ADEBONOJO
        Asst. U.S. Attorney
        555 Fourth Street, N.W., Room 4210
        Washington, D.C. 20530

        Respectfully submitted,

        */s/ Reginald S. Puifory*
        Reginald S. Puifory, pro se
        Fed. No. 10597-007
        USP Lewisburg
        P.O. Box 1000
        Lewisburg, PA 17837

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REGINALD S. PUIFORY,           )
                               )
           Plaintiff,          )
                               )
       v.                      )   Civil Action No. 07-cv-1007-RCL
                               )
EDWARD F. REILLY, JR., et al.  )
                               )
           Defendants.         )
                               )

## ORDER

This matter having come before this Court on Plaitiff's Motion To Stay Proceedings, it is hereby

**ORDERED** that Plaintiff's motion is **GRANTED,** and

**FURTHER ORDERED** on this _____ day of December 2007, that the Motion To Stay Proceedings is granted.

_____
Hon. ROYCE C. LAMBERTH, U.S.D.J.