UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REGINALD PUIFORY,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**EDWARD F. REILLY, Jr., Chairman,** )<br>**U.S. Parole Commission, et al.** )<br>)<br>Defendants. )<br>) | Civil Action No.: 07-cv-1007 (RCL) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME TO FILE
OPPOSITION TO PLAINTIFF'S MOTION TO STAY PROCEEDINGS**

Pursuant to Fed. R. Civ. P. 6(b)(1), Edward F. Reilly, Jr., Chairman, United States Parole Commission, et al. ("Defendants") through counsel, respectfully request an enlargement of time to file opposition to Plaintiff's Motion to Stay Proceedings. In support of this motion, Defendants state the following:

1. Plaintiff filed a Motion to Stay Proceedings on December 17, 2007.

2. In light of the holidays, Defendants seek an extension of time until January 14, 2008, to file an opposition to Plaintiff's motion.

3. Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

WHEREFORE, Defendant respectfully requests that this enlargement be granted. A minute order is respectfully requested.

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

Dated: December 31, 2007                Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

___/s/_____
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7157


COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendants' Motion for an Enlargement of Time to file an opposition to Plaintiff's Motion to Stay was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Reginald S. Puifory
R 10597-007
Lewisburg
U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 1000
Lewisburg, PA 17837

on this 31st day of December, 2007

                                                            __/s/_____
                                                                 KENNETH ADEBONOJO