UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REGINALD S. PUIFORY,           )
                               )
        Plaintiff,             )
                               )
    v.                         )   Civil Action No. 07-cv-1007-RCL
                               )
EDWARD F. REILLY, Jr., et al.  )
                               )
        Defendants.            )
                               )

PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE
A REPLY TO DEFENDANT'S OPPOSITION MOTION TO
PLAINTIFF'S MOTION TO STAY PROCEEDINGS

Come now Plaintiff Reginald S. Puifory, through this pro se motion and pursuant Fed.R. Civ. P. 6(b), respectfully request an enlargement of time until February 7, 2008, to file a reply to Defendant's Opposition Motion to Plaintiff's Motion to Stay Proceeding.

In support of this Motion in Plaintiff good faith, demonstrates the following good cause as shown below:

1. Plaintiff received Judge's Order of January 15, 2008, until January 18, 2008. Also, Defendants' Opposition Motion arrived on that same day;

2. Plaintiff is requesting enlargement of time to respond to the technical assertions by the Defendants' Opposition Motion;

3. Plaintiff is a pro se litigant acting without legal counsel.

WHEREFORE, Plaintiff respectfully requests that this enlargement be granted.

**RECEIVED**

JAN 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dated:  January 22, 2008

                                        Respectfully Submitted,

                                        */s/ Reginald S. Puifory*
                                        Reginald S. Puifory, Pro se
                                        Fed. No. 10597-007
                                        USP Lewisburg
                                        P.O. Box 1000
                                        Lewisburg, PA 17837

## CERTIFICATE OF SERVICE

I hereby certify that on this _23_ day of _January_, 2008, the foregoing Plaintiff's Motion for an Enlargement of Time to file an reply to Defendants' Opposition Motion to Plaintiff's Motion to Stay Proceedings was mailed to Defendants via first class mail to:

KENNETH ADEBONOJO
Assistant United States Attorney
555 4th Street, N.W., Rm E 4212
Washington, D.C. 20530

                                                 Respectfully Submitted,

                                                 Reginald S. Puifory, Pro se
                                                 Fed. No. 10597-007
                                                 USP Lewisburg
                                                 P.O. Box 1000
                                                 Lewisburg, PA 17837

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REGINALD S. PUIFORY,           )
                               )
       Plaintiff,              )
                               )
v.                             ) Civil Action No. 07-cv-1007-RCL
                               )
EDWARD F. REILLY, Jr., et al.  )
                               )
       Defendants.             )
                               )

## ORDER

This matter having come before this Court on Plaintiff's Motion for an Enlargement of Time to file a reply to Defendants' Opposition Motion to Plaintiff's Motion to Stay Proceedings, it is hereby

**ORDERED** that Plaintiff's motion is **GRANTED**. It is further

**ORDERED** that Plaintiff shall file his Reply Motion on or before February 14, 2008.

SO ORDERED this ____day of _____, 2008.

_____
HON. ROYCE C. LAMBERTH, U.S.D.J.